# Third District Court of Appeal
## State of Florida

Opinion filed August 14, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1940
Lower Tribunal No. F00-15843
_____

**Taronn Brown,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

W. Charles Fletcher (Jacksonville), for appellant.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before EMAS, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.